**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7100**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

ERIC ARTHUR WALTON,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:94-cr-00021-FPS-JES-1)

_____

Submitted:  March 31, 2011          Decided:  April 5, 2011

_____

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Eric Arthur Walton, Appellant Pro Se.  Paul Thomas Camilletti,
Assistant United States Attorney, Martinsburg, West Virginia,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Arthur Walton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion for resentencing under 18 U.S.C. § 3559(c)(7) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Walton, No. 5:94-cr-00021-FPS-JES-1 (N.D. W. Va. July 28, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2